CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 30 2008

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDRE HUBBARD, ) | |
| Plaintiff, ) | Civil Action No. 7:07cv00021 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| B. CALTON, et al., ) | By: Hon. Glen E. Conrad |
| Defendant. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**O R D E R E D**

as follows:

1. The Magistrate Judge's Report and Recommendation is **ADOPTED** in whole.

2. Plaintiff's objections to the report and recommendation are **OVERRULED**.

3. Final judgment shall be and hereby is **GRANTED** in favor of the defendants as to the plaintiff's excessive force claim against defendants B. Calton and B. McCray.

4. Any pending motions are **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and to counsel for the defendants.

ENTER: This 30th day of June, 2008.

/s/ Glen E. Conrad
United States District Judge